PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tawana Jackson          Cr.: 07-00479-001
PACTS Number: 48780

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 11/14/07

Original Offense: Wire Fraud

Original Sentence: 18 Months Imprisonment; 36 Months Supervised Release

Type of Supervision: Supervised Release      Date Supervision Commenced: 06/04/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for    Years, for a total term of    Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

On January 14, 2010, the offender was reportedly kidnaped and raped at gunpoint, in Newark, New Jersey. We feel that counseling would assist the offender with coping with issues that may result from this incident.

Respectfully submitted,
By: Leslie M. Vargas
U.S. Probation Officer
Date: 01/21/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
January 25, 2010
Date