UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 07-479 (SDW) |
| TAWANA JACKSON | : | <u>O R D E R</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (L. Judson Welle, Assistant U.S. Attorney, appearing), and defendant Tawana Jackson (Candace Hom, Assistant Federal Public Defender, appearing) for an order granting an extension of the date on which the defendant shall surrender to the custody of the Federal Bureau of Prisons in service of the sentence imposed by this Court on April 11, 2012, such surrender date currently being May 16, 2012, and for the reasons submitted by the parties in correspondence received by the Court, and for good cause shown,

IT IS, therefore, on this 10th day of May, 2012,

ORDERED that the date on which the defendant shall surrender to the custody of the Federal Bureau of Prisons in service of the sentence imposed by this Court on April 11, 2012 is extended for sixty (60) days from May 16, 2012.

HON. SUSAN D. WIGENTON
United States District Judge