UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 07-479 (SDW) |
| TAWANA JACKSON | : | O R D E R |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by L. Judson Welle, Assistant U.S. Attorney), and defendant Tawana Jackson (by Chester Keller, First Assistant Federal Public Defender) for an order granting a further extension of the date on which the defendant shall surrender to the custody of the Federal Bureau of Prisons in service of the sentence imposed by this Court on April 11, 2012, and one (1) sixty-day extension having previously been granted, and for the reasons submitted by the parties in correspondence received by the Court, and for good cause shown,

IT IS, therefore, on this 24th day of July, 2012,

ORDERED that the date on which the defendant shall surrender to the custody of the Federal Bureau of Prisons in service of the sentence imposed by this Court on April 11, 2012 is extended until September 24, 2012.

\* *No further extensions will be granted.* SDW

HON. SUSAN D. WIGENTON
United States District Judge